**Fill in this information to identify your case:**

Debtor 1: Alvin, Alvito, English
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Western District of New York
(State)

Case number (If known): 14-20772

☐ Check if this is an amended filing

U.S. BANKRUPTCY COURT
W.D.N.Y.-ROCHESTER
2014 JUN 17 PM 4:17
FILED

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived          06/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
Your family includes you, your spouse, and any dependents listed on *Schedule J: Current Expenditures of Individual Debtor(s)* (Official Form 6J).

Check all that apply:
☑ You
☑ Your spouse
☑ Your dependents

How many dependents? 3
Total number of people: 5

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

That person's average monthly net income (take-home pay)

You ............... $ 0
Your spouse ... + $ 667.75
Subtotal .......... $ 667.75
                    − $ 179.00
Total ............. $ 488.75

**3. Do you receive non-cash governmental assistance?**
☐ No
☑ Yes. Describe .......... Type of assistance: food stamps

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
☐ No
☑ Yes. Explain .......... summer employment

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

presently I'm not employed

Official Form B 3B          Application to Have the Chapter 7 Filing Fee Waived          page 1

Debtor 1  Alvin, Alvito, English    Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 2: Tell the Court About Your Monthly Expenses

6. **Estimate your average monthly expenses.**
   Include amounts paid by any government assistance that you reported on line 2.   $2,570.00

   If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

7. **Do these expenses cover anyone who is not included in your family as reported in line 1?**
   ☐ No
   ☑ Yes. Identify who........  Maria English, daughter

8. **Does anyone other than you regularly pay any of these expenses?**
   ☐ No
   ☑ Yes. How much do you regularly receive as contributions? $667.75 monthly

   If you have already filled out *Schedule I: Your Income,* copy the total from line 11.

9. **Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**
   ☐ No
   ☑ Yes. Explain............... summer employment, drivers license restored 6/14

## Part 3: Tell the Court About Your Property

If you have already filled out *Schedule A: Real Property (Official Form B 6A)* and *Schedule B: Personal Property (Official Form B 6B),* attach copies to this application and go to Part 4.

10. **How much cash do you have?**
    *Examples:* Money you have in your wallet, in your home, and on hand when you file this application
    Cash: $ 0

11. **Bank accounts and other deposits of money?**
    *Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | 9863377694 | $ $21.31 |
    | Savings account: | | $ |
    | Other financial accounts: | | $ |
    | Other financial accounts: | | $ |

12. **Your home?** (if you own it outright or are purchasing it)
    *Examples:* House, condominium, manufactured home, or mobile home

    247 Arnett Blvd.
    Number   Street
    Rochester,   New York   14619
    City       State      ZIP Code

    Current value: $ $40,000.00
    Amount you owe on mortgage and liens: $ $15,000.00

13. **Other real estate?**
    _____
    Number  Street
    _____
    City    State   ZIP Code

    Current value: $
    Amount you owe on mortgage and liens: $

14. **The vehicles you own?**
    *Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

    Make: _____
    Model: _____
    Year: _____
    Mileage: _____

    Current value: $
    Amount you owe on liens: $

    Make: _____
    Model: _____
    Year: _____
    Mileage: _____

    Current value: $
    Amount you owe on liens: $

Official Form B 3B    Application to Have the Chapter 7 Filing Fee Waived    page 2

Debtor 1 __Alvin, Alvito, English__    Case number (if known) _____
         First Name  Middle Name  Last Name

**15. Other assets?**

Do not include household items and clothing.

Describe the other assets:

Current value: $ __0.00__

Amount you owe on liens: $ _____

**16. Money or property due you?**

*Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

Who owes you the money or property?

_____

_____

How much is owed?

$ _____

$ _____

Do you believe you will likely receive payment in the next 180 days?

☑ No

☐ Yes. Explain:

_____

### Part 4: Answer These Additional Questions

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☑ No
☐ Yes. **Whom did you pay?** *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much did you pay?

$ __0.00__

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☑ No
☐ Yes. **Whom do you expect to pay?** *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

How much do you expect to pay?

$ __0.00__

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No
☐ Yes. **Who was paid on your behalf?** *Check all that apply:*
  ☐ An attorney
  ☐ A bankruptcy petition preparer, paralegal, or typing service
  ☐ Someone else _____

**Who paid?** *Check all that apply:*
  ☐ Parent
  ☐ Brother or sister
  ☐ Friend
  ☐ Pastor or clergy
  ☐ Someone else _____

How much did someone else pay?

$ __0.00__

**20. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When _____ Case number _____
                           MM/ DD/ YYYY

District _____ When _____ Case number _____
                   MM/ DD/ YYYY

District _____ When _____ Case number _____
                   MM/ DD/ YYYY

### Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

x _/s/ Alvin English_               x _____
Signature of Debtor 1                 Signature of Debtor 2

Date __6-17-2014__                  Date _____
     MM / DD / YYYY                      MM / DD / YYYY

Official Form B 3B    Application to Have the Chapter 7 Filing Fee Waived    page 3

Supplement to IFP Application

1. When did you first meet with any lawyer or advisor about filing this bankruptcy petition? (Do not name the firm or individual.)

```
I did not meet with anyone
```

2. Did you pay anything to anyone who advised you about bankruptcy? Or have you promised to pay anyone? If so, state the amount of the payment. (Do not name the firm or individual.) To answer this question, please enter information from questions 17 and 18 on the application.

```
paid no one for advise or firm
```

3. Did you receive any lump sum of money (such as a tax refund or inheritance or bonus, or monetary help from a friend or partner or family member) within three months before your petition was filed? If so, state what you received and how you spent it.

```
no lump sum of money received

no
```

4. If you received a refund for your most recent federal tax filing, what was the amount of that refund? If you received a refund for your most recent state tax filing, what was the amount of that refund? State the type of refund received and the amount received.

```
no refund received
```

5. What was the highest amount you had on deposit in banks, credit unions or investments during the three months before your bankruptcy petition was filed (Round to the nearest $100.00.) Debtor is directed to attach Schedules A and B, if filed.

```
$100.00
```

_____Alvin English_____     _____
Print Debtor's Name                Print Joint Debtor's Name
Revised 12/1/13